# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
THE STATE OF NEVADA; JAMES
DZURENDA, NDOC DIRECTOR;
BRIAN WILLIAMS, WARDEN HDSP;
JENNIFFER NASH, WARDEN HDSP;
DUANE WILSON, FSMIII HDSP;
YISRAEL ROSSKUM, NDOC (RABBI);
LOUIE GALLO C/O HDSP; SHAWN
HANKERD C/O HDSP; DR. BRYAN,
HDSP; M. HUBBARD PICKETT,
WARDEN; AND ALEXIS LANZANO,
Respondents.

No. 78778

FILED

JUN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order striking all of appellant's filings except the complaint and his response to the motion to strike. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rules allows an appeal from an order striking filings. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider

appeals authorized by statute or court rule").  Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Steven Samuel Braunstein
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk